INGER JOHNSON *vs.* NORTHERN PACIFIC, FERGUS FALLS & BLACK HILLS
RAILWAY COMPANY.

June 25, 1888.

**Appeal—Review of Findings and Decision, how Obtained.—**No appeal
lies to this court from the findings or decision of the trial court in an ac-
tion tried without a jury. Errors in the rulings or findings of the court
can only be reviewed upon appeal from the judgment, or from an order
made on a motion for a new trial.

Cross appeals from a decision of the district court for Otter Tail
county, where the action was tried by *Baxter*, J.

*Russell, Emery & Reed* and *Rawson & Houpt*, for plaintiff. *Jno.
C. Bullitt, Jr.*, for defendant.

VANDERBURGH, J. The parties have brought separate appeals. The
plaintiff complains that the legal conclusion of the court that she is
not entitled to an injunction is not supported by the facts found;
and the defendant's principal assignment of error is the finding and
conclusion of the court that the plaintiff may maintain an action for
such damages as she may show herself entitled to by reason of the
maintenance of the embankment described in the complaint. Upon
the argument neither party raised the point that there is no judg-
ment or order in the case upon which to found an appeal to this
court. Upon looking into the record, however, we find that each ap-
peal is from the findings and conclusions of the court, which are re-
ferred to as orders in the notices of appeal. The only way in which
these findings, or the direction for judgment thereon, can be reviewed,
is by an appeal from the judgment or an order denying or granting
a new trial. No question of practice is better settled. *Von Glahn* v.
*Sommer,* 11 Minn. 132, (203;) *Shepard* v. *Pettit,* 30 Minn. 119, (14
N. W. Rep. 511;) *Thorp* v. *Lorenz,* 34 Minn. 350, (25 N. W. Rep.
712,) and cases cited. Both appeals are therefore dismissed.